USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RICARDO TABOADA, :
                     Movant, :
:
           -v- : 22-cv-08141 (LJL)
:
UNITED STATES OF AMERICA, : ORDER
:
                    Respondent. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Clerk of Court is respectfully directed to file the attached "Reply to Order" in Dkt. No. 22-cv-8141. The Reply to Order, originally filed in 19-cr-117, responds to an order issued by the Court in the parallel Section 2255 action filed by Mr. Taboada, 22-cv-8141.

      SO ORDERED.

Dated: February 10, 2023
       New York, New York

                                             LEWIS J. LIMAN
                                      United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                  :

**UNITED STATES OF AMERICA,**        :      19-cr-00117-LJL-1

                                          Plaintiff,        :      **REPLY TO ORDER**

           -v-                                                  :

**RICARDO TABOADA,**                               :

                                          Defendant.     :

                                                                  :
-------------------------------------------------------------X

Petitioner Ricardo Taboada ('Petitioner" or "Defendant") respectfully files this reply to the order of court and represents as follows;

**Background**

Petitioner pled guilty and was sentenced on September 20, 2021 to Attempt and Conspiracy to Commit Bank Fraud in violation of 18 USC 1344 and was sentenced to 100 months imprisonment followed by 5 years of supervised release.

**Argument and Issues Raised**

Petitioner has no objection to the Petition being construed as a Petition under 28 USC 2255. However, Petitioner's position is that because the issues arose after he was sentenced due to new cases a Petition for a Writ of Coram Nobis or Audita Querela is proper in this case. Accordingly, the court should hold a hearing on

whether in light of the above a Coram Nobis or Audita Querela is properly brought.

In addition, Petitioner does not object to the Petition being severed and a portion transferred to the United States District Court for the District of New Jersey, the venue of Petitioner's present detention.

**WHEREFORE**, the court should set a hearing on the issue of the Coram Nobis and Audita Querela challenge.

Respectfully submitted,

_Ricardo Taboada_

Ricardo Taboada

Ricardo Taboada
11714-052
F.C.I. Fort Dix
P.O. Box 2000
MDL, Joint Base, NJ. 08640

To:
United States Court House
Honorable Judge Lewis Liman
500 Pearl Street
New York, N.Y. 10007

TRENTON NJ 085
13 DEC 2022 PM 6 L

USM P3
SDNY

