```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
Ricardo Taboada,                                                  :
                                                                  :
                              Petitioner,                         :
                                                                  :        22-cv-8141 (LJL)
            -v-                                                   :        19-cr-117 (LJL)
                                                                  :
United States of America,                                         :        ORDER
                                                                  :
                              Respondent.                         :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On May 23, 2023, the Court issued a Memorandum and Order ("Reconsideration Opinion") denying the motion for reconsideration of Petitioner Ricardo Taboada ("Taboada"). Dkt. No. 9. This Order clarifies the Court's Reconsideration Opinion.

      Because Taboada did not at that time make a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Reconsideration Opinion would not be taken in good faith, and therefore *in forma pauperis* status is denied for purposes of appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962)

      SO ORDERED.

Dated: June 23, 2023
      New York, New York
                                                         LEWIS J. LIMAN
                                                  United States District Judge